UNITED STATES of America, Plaintiff–Appellee,

v.

Michael A. CORTI, a.k.a. Cracker Mike, Defendant–Appellant.

No. 14–12567

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 17, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, Susan R. Osborne, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Randee Golder, appointed counsel for Michael Corti, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED,** and Corti's conviction and sentence are **AFFIRMED.**